# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00209DAE |
| CASE NAME: | USA vs. (06) Collin Oshiro |
| ATTYS FOR PLA: | Larry Tong<br>Sydney Fleming (USPO) |
| ATTYS FOR DEFT: | 06 Matthew Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 12/18/2007 | TIME: | 10:00 - 10:20 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (06) Collin Oshiro present and in custody.

Defendant admits to the violation.

Court finds that there is sufficient evidence to support the violation and the defendant has not met the conditions of supervision.

Allocution by the Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: Time Served.

Supervised Release: 23 Months.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision. The defendant shall submit to random drug testing for the first six months of supervision. If he remains clean during the first six months of supervision, drug testing may be discontinued.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant is prohibited from the possession and use of alcohol. The defendant is not to enter any establishment other than a restaurant, hotel, or special function, where alcohol is served.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.