# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00209DAE |
| CASE NAME: | USA v. (06)Collin Oshiro |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | (06)Matthew Winter |
| USPO: | Sydney Fleming |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 01/15/2008 | TIME: | 9:00am-10:00am |

COURT ACTION: EP:  Order to Show Cause Why the Modification of the Conditions and Imposition of Additional Special Conditions Should Not Be Imposed.

Defendant present, not in custody.

Oral arguments heard.

Order to Show Cause Why the Modification of the Conditions and Imposition of Additional Special Conditions Should Not Be Imposed-GRANTED.

Conditions of Supervised Release Modified as follows:

1) That the defendant shall participate in and comply with alcohol treatment which includes alcohol testing in a program approved by the Probation Office.

2) That the defendant serve up to six (6) months of home detention with electronic monitoring, which will include a Sobrietor alcohol detection accessory, as arranged by and at the discretion of the Probation Office.  The defendant shall be responsible for the expense of this service.  During this time, the defendant shall be at his place of residence by 8:00p.m., and shall not leave his residence without the prior approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager