PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MATTHEW C. WINTER  #8464
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     matthew_winter@fd.org

Attorney for Defendant
COLLIN OSHIRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00209 DAE |
| | ) |
| Plaintiff, | ) ORDER MODIFYING |
| | ) CONDITIONS OF SUPERVISED |
| vs. | ) RELEASE |
| | ) |
| COLLIN OSHIRO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

On January 15, 2008, an Order to Show Cause Why the Modification of the Conditions and Imposition of Additional Special Conditions Should Not Be Imposed Supervised Release  hearing was held.  Matthew C. Winter, Assistant Federal Defender, appeared with and on behalf of Defendant Collin Oshiro, and

Lawrence Tong, Assistant United States Attorney, appeared on behalf of the government. After hearing arguments of counsel, the Court orders the conditions of Defendant's supervised release modified to reflect the following:

> 1) That the defendant shall participate in and comply with alcohol treatment which includes alcohol testing in a program approved by the Probation Office.
>
> 2) That the defendant serve up to six (6) months of home detention with electronic monitoring, which will include a Sobrietor alcohol detection accessory, as arranged by and at the discretion of the Probation Office. The defendant shall be responsible for the expense of this

service. During this time, the defendant shall be at his place of residence by 8:00p.m., and shall not leave his residence without the prior approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 1, 2008.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM ONLY:
  /s/ Lawrence Tong
LAWRENCE TONG
Assistant United States Attorney

UNITED STATES v. OSHIRO, Cr. No. 02-00209 DAE
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

2